IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILHY HARPO,<br><br>                Plaintiff,<br><br>v.<br><br>FULTON COUNTY SUPERIOR COURT,<br><br>                Defendant. | 1:16-cv-1065-WSD |
| WILHY HARPO,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, ATLANTA POLICE DEPARTMENT, APD OFFICER LYNCH, and APD OFFICERS JOHN DOE (2),<br><br>                Defendants. | 1:16-cv-1066-WSD |
| WILHY HARPO,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, ATLANTA MUNICIPAL COURT, ATLANTA POLICE DEPARTMENT, FULTON COUNTY GOVERNMENT, and FULTON COUNTY STATE COURT,<br><br>                Defendants. | 1:16-cv-1067-WSD |

**OPINION AND ORDER**

This matter is before the Court on Plaintiff Wilhy Harpo's ("Plaintiff") following motions filed in Civil Action No 1:16-cv-1065:  "Motion to Supplement Incomplete Filings" [5], Plaintiff's Emergency Petition for Automatic Stay & Petition for Temporary Restraining Order & Petition for Permanent Injunction & Petition for Declaratory Judgment & Petition for Mandamus," [6] and "Plaintiff's Motion to Reinstate Case & Emergency Motion for Temporary Restraining Order & Set Emergency Hearing for Preliminary Injunction" [7].  Also before the Court are Plaintiff's following motions filed in Civil Action No. 1:16-cv-1066:  "Motion to Supplement Incomplete Filings" [5], "Plaintiff's Motion to Reinstate Case & Emergency Motion for Temporary Restraining Order & Set Emergency Hearing for Preliminary Injunction" [7].  Also before the Court are Plaintiff's following motion's filed in Civil Action No. 1:16-cv-1067:  "Motion to Supplement Incomplete Filings" [4], "Motion to Replace Incomplete Filings" [5], "Emergency (Original Consolidated) Petition for Emergency Temporary Injunction & Petition for Permanent Injunction" [6], and "Plaintiff's Motion to Reinstate Case & Emergency Motion for Temporary Restraining Order & Set Emergency Hearing for Preliminary Injunction" [7] (together with the motions filed in Civil Action

2

Nos. 1:16-cv-1065 and 1:16-cv-1066, the "Post-Dismissal Motions").

On March 31, 2016, Plaintiff filed applications for leave to proceed *in forma pauperis* and motions seeking various injunctive relief in each of the above-captioned actions (the "Actions"). On April 1, 2016, the Court entered orders in the Actions. ([2]). In the orders, the Court noted that, because Plaintiff is a frequent filer of frivolous lawsuits, the Court has previously ordered Plaintiff "to disclose his full litigation history in any civil rights complaint and/or [IFP] affidavit that he files." See <u>Harpo v. City of Atlanta</u>, No. 1:14-cv-2157-WSD (N.D. Ga. 2014) (ECF No. 2 at 1-2); <u>Harpo v. Fulton Cty. Sheriff</u>, No. 1:14-cv-2208-WSD (N.D. Ga. 2014) (ECF No. 2 at 1-2).

Plaintiff failed to disclose his full litigation history in his applications to appeal IFP or in the other documents filed in the Actions, and the Court dismissed the Actions pursuant to Local Rule 41.3(A)(2), NDGa, for failure to comply with a lawful order of the Court.

On April 5 and 6, 2016, Plaintiff filed his Post-Dismissal Motions. The Post-Dismissal Motions do not disclose Plaintiff's full litigation history. Further, the Post-Dismissal Motions seek relief in actions that the Court has dismissed. The Court thus denies all of Plaintiff's Post-Dismissal Motions as moot.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that all pending motions in Civil Action Nos. 1:16-cv-1065, 1:16-cv-1066, and 1:16-cv-1067 are **DENIED AS MOOT**.

**SO ORDERED** this 13th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE